1  Joel E. Elkins (SBN 256020)
   jelkins@weisslawllp.com
2  **WEISSLAW LLP**
   9107 Wilshire Blvd., Suite 450
3  Beverly Hills, CA 90210
   Telephone: 310/208-2800
4  Facsimile:  310/209-2348

5  *Attorneys for Plaintiff*

6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9

10 LR TRUST,                              )
                                          )
11              Plaintiff,                ) Case No.  3:18-cv-02104
                                          )
12       v.                               )
                                          )
13 MULESOFT, INC., GREG SCHOTT,           )
   MARCUS RYU, MARK BURTON,               )
14 MICHAEL CAPELLAS, STEVEN               )
   COLLINS, YVONNE WASSENAAR,             )
15 GARY LITTLE, RAVI MHATRE, and          )
   ANN WINBLAD,                           )
16                                        )
                Defendants.               )
17                                        )
                                          )
18                                        )

19
                     **NOTICE OF VOLUNTARY DISMISSAL**
20

21      Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure

22 that plaintiff LR Trust ("Plaintiff") voluntarily dismisses its individual claims in the captioned

23 action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court

24 before service by defendants of either an answer or a motion for summary judgment, Plaintiff's

25 dismissal of the Action is effective upon the filing of this notice.

26

27

28
                                          - 1 -
                        NOTICE OF VOLUNTARY DISMISSAL

Dated: June 22, 2018

**WEISSLAW LLP**
Joel E. Elkins

_____
Joel E. Elkins
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile: 310/209-2348
　　　-and-
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: 212/682-3025
Facsimile: 212/682-3010

*Attorneys for Plaintiff*